# EXHIBIT B





























